UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          CASE NO. 6:11-cr-126-Orl-31KRS

CARLOS GARSON,

    Defendant.
_____/

## **ORDER**

The Eleventh Circuit Court of Appeals has entered an order remanding Defendant's appeal (case number 12-1906-AA) to this Court for a determination of when Defendant "filed his *pro se* notice of appeal, which the district court docketed on February 16, 2012." Moreover, the appellate court has instructed this Court that, if it finds that Defendant filed the notice of appeal on or before February 1, 2012, a determination should be made "as to whether [Defendant] is entitled to an extension of the appeal period under Fed. R. App. P. 4(b)(4)." *See* Doc. No. 144, filed September 27, 2012.[1]

The judgment in this case was entered on December 19, 2011.  *See* Doc. No. 126.

---

[1]Federal Rule of Appellate Procedure 4(c)(1) provides in relevant part as follows:

> If an inmate confined in an institution files a notice of appeal in either a civil or a criminal case, the notice is timely if it is deposited in the institution's internal mail system on or before the last day for filing. If an institution has a system designed for legal mail, the inmate must use that system to receive the benefit of this rule.

Defendant then had until January 2, 2012, to file a notice of appeal. *See* Fed. R. App. P. (4)(b)(1). However, pursuant to Federal Rule of Appellate Procedure 4(b)(4), "[u]pon a finding of excusable neglect or good cause, the district court may--before or after the time has expired, with or without motion and notice--extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." In this case, the thirty-day period expired on February 1, 2012.

As noted by the appellate court, Defendant's notice of appeal was filed in this Court on February 16, 2012, but the certificate of service reflects a date of February 1, 2012. *See* Doc. No. 133. Accordingly, within twenty-one (21) days from the date of this Order, Defendant shall file evidence, in the form of an affidavit or other documentary support, demonstrating when he deposited his notice of appeal in the prison mail system. If it was deposited on or before February 1, 2012, Defendant should also provide argument and/or evidence with regard to whether excusable neglect or good cause exists to extend the time to file a notice of appeal. Within eleven (11) days from the date of service of Defendant's response, the Government may file a reply. Defendant is advised that the failure to comply with this Order may result in a finding that his notice of appeal was not timely filed.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 9th day of October, 2012.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

OrlP-2 10/9

Carlos Garson

Counsel of Record